| | |
|---|---|
| 1 | Michael J. Miller, VA Bar No. 19171 |
| | J. Christopher Ide, VA Bar No. 19307 |
| 2 | MILLER AND ASSOCIATES |
| | 105 North Alfred Street, |
| 3 | Alexandria, Virginia 22314 |
| | Telephone: (703) 519-8080 |
| 4 | Facsimile: (703) 519-8084 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GENE REINDAHL, STEVE RUTZICK AND ROBERT ARDOLF, | **MDL NO. 1699** |
| Plaintiffs, | **District Judge: Charles R. Breyer** |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS GENE REINDAHL, STEVE RUTZICK AND ROBERT ARDOLF** |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | |
| Defendants. | Case No. 06-CV-05801-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiffs, Gene Reindahl, Steve Rutzick and Robert Ardolf from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 12/14/06 | Respectfully submitted, |
| 3 | | MILLER & ASSOCIATES |
| 4 | | |
| 5 | | By: *J. Christopher Ide* |
| | | J. CHRISTOPHER IDE |

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide , VA Bar No. 19307
MILLER AND ASSOCIATES
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiffs

Dated: 12-18-06              Respectfully submitted,

GORDON & REES

By: *Stuart M. Gordon*
STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: Feb. 15, 2007

_____
Hon. Charles R. Breyer
United States District [Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

- - 2 - -                                                                 COMPLAINT